IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KARMIN DEARING,

    Plaintiff,

v.                                                              Case No.  19-cv-558-wmc

15 NEWS "WMTV" - EDITOR IN
CHIEF, 27 NEWS MADISON - EDITOR
IN CHIEF, WARDEN SUSAN NOVAK,
DEPUTY WARDEN LUKE WEBER,
SECURITY DIRECTOR BRIAN
GUSTKE, CO BUYA JAMA  and
CAPTAIN KEVIN BOODRY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

| | |
|---|---|
| /s/ | 9/30/2021 |
| Peter Oppeneer, Clerk of Court | Date |